IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | No. 3:25-CR-92-KAC-DCP |
| ALLEN SMITH, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

This case is before the Court on the matter of Defendant Allen Smith's representation. *See* 28 U.S.C. § 636(b). On August 13, 2025, the Court appointed Assistant Federal Defender Jonathan A. Moffatt and the Federal Defender Services of Eastern Tennessee ("FDSET") to represent Defendant at his initial appearance on a Criminal Complaint [Doc. 5]. On August 29, 2025, Attorney Moffatt moved for substitution of counsel due to an actual conflict of interest relating to the representation of another client [Doc. 25 p. 1]. On September 8, 2025, Attorney Wesley D. Stone filed a Notice of Appearance as counsel of record for Defendant Smith [Doc. 31 p. 1].

To substitute counsel, the Court must find good cause for the substitution, such as an actual conflict of interest, a complete breakdown in communications between attorney and client, or an irreconcilable break in the attorney-client relationship. *United States v. Sullivan*, 431 F.3d 976, 979–80 (6th Cir. 2005) (citing *Wilson v. Mintzes*, 761 F.2d 275, 280 (6th Cir. 1985)). Based upon counsel's representations in the motion to substitute, Mr. Moffatt and FDSET are permitted to **WITHDRAW** due to an actual conflict of interest. The Court also finds that good cause exists to grant the request for substitution of counsel. Moreover, the Court finds that Defendant has retained Attorney Wesley Stone to represent him in this case.

1

Accordingly, the Court **ORDERS** as follows:

(1) The Motion to Substitute Counsel [**Doc. 25**] is **GRANTED**;

(2) Attorney Jonathan A. Moffatt and FDSET are **RELIEVED** of further representation of Defendant Smith and **DIRECTED** to provide new counsel with the discovery and information from Defendant's file as soon as possible;

(3) Attorney Wesley D. Stone is **SUBSTITUTED** as retained counsel for Defendant Smith; and

(4) The Clerk of Court is **DIRECTED** to list Mr. Stone as Defendant's counsel of record in the Court's electronic filing system.

**IT IS SO ORDERED.**

ENTER:

Debra C. Poplin
United States Magistrate Judge